UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-23121-DPG

WINDY LUCIUS,

    Plaintiff,
v.

HARVEST SEASONAL GRILL DELRAY, LLC.,
and HARVEST RESTAURANT HOLDINGS, LLC.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendants, HARVEST SEASONAL GRILL DELRAY, LLC., and HARVEST RESTAURANT HOLDINGS, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted this November 7, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Page 1 of 2

Lucius v. Harvest Grill, et al.<br>
Case No. 22-CV-23121-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: <i>/s/ J. Courtney Cunningham</i><br>
J. Courtney Cunningham, Esq.<br>
Florida Bar No.: 628166<br>
J. COURTNEY CUNNINGHAM, PLLC<br>
8950 SW 74th Court, Suite 2201<br>
Miami, Florida 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com<br>
legal@cunninghampllc.com<br>
<br>
<i>Counsel for Plaintiff</i>